1152

No. 04–849. WILLIAMS ET AL. *v.* KING, ATTORNEY GENERAL OF ALABAMA. C. A. 11th Cir. Certiorari denied.

No. 04–853. BIONDO ET AL. *v.* CITY OF CHICAGO, ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 04–857. RUKAJ *v.* FISCHER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–861. UNDERWOOD *v.* TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 04–862. BROWN ET VIR *v.* PREMIERE DESIGNS, INC. Ct. App. Ga. Certiorari denied.

No. 04–863. COATNEY *v.* KING. App. Div., Super. Ct. Cal., County of San Francisco. Certiorari denied.

No. 04–864. CHILINGIRIAN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–865. CHAPLAINCY OF FULL GOSPEL CHURCHES ET AL. *v.* ENGLAND, SECRETARY OF THE NAVY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–866. KAPOOR *v.* GONZALES, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied.

No. 04–868. MENDOZA *v.* DE LIMA, ADMINISTRATOR, ADULT CLIENT SERVICES BRANCH OF THE SECOND CIRCUIT, HAWAII. C. A. 9th Cir. Certiorari denied.

No. 04–871. WALKER *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 04–876. PROHAZKA *v.* CLEVELAND CLINIC FOUNDATION ET AL. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 04–878. CANALES, JUDGE, 79TH DISTRICT COURT OF TEXAS *v.* TEXAS STATE COMMISSION ON JUDICIAL CONDUCT. Sup. Ct. Tex. Certiorari denied.